## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DOYLE D. LANCASTER, | ) | 3:06-cv-0284-JCM (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 16, 2010 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Order Directing U.S. Marshal to Effect Service of Process Upon Defendant Tom Broom Due to the Plaintiff's Indigency and Multiple Disabilities (Doc. #60).

On October 1, 2010, the U.S. Marshal attempted service of process on Defendant Tom Broom but were unsuccessful and stated that the Defendant was not employed by the Reno Police Department (Doc. #48).

Plaintiff requests that the U.S. Marshal Service investigate the present whereabouts of Defendant Tom Broom and locate a current address so service of process can be made. This is not a function that the U.S. Marshal Service provides to inmate plaintiffs and will not be employed in this case.  There are occasions when the last known address of a former employee is no longer valid and service simply cannot be effected on that Defendant.  This appears to be one of those cases.

Plaintiff's Motion for Order Directing U.S. Marshal to Effect Service of Process Upon Defendant Tom Broom Due to the Plaintiff's Indigency and Multiple Disabilities (Doc. #60) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:   <u>   /s/                              </u>
Deputy Clerk